UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FATOUMATA SILLAH,

        Plaintiff,

    v.

SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

Case No.  25-cv-07819-RFL

**ORDER REGARDING DISMISSAL OF CLAIMS**

On March 11, 2026, Plaintiff Fatoumata Sillah's First Amended Complaint was dismissed, and Sillah was granted leave to amend as to one claim.  (Dkt. No. 31.)  On April 10, 2026, Sillah filed a notice declining to amend and stating that she "elects to stand on her First Amended Complaint and to pursue her appellate rights from the orders entered in this action." (Dkt. No. 51.)  Sillah asks the Court to enter a final judgment "promptly."  (*Id.*)  In light of Sillah's filing, all of Sillah's claims remain dismissed.  A separate judgment will issue.

    **IT IS SO ORDERED.**

Dated: April 13, 2026

_____
RITA F. LIN
United States District Judge

1